NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ZOLL MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant-Appellee.*

_____

2014-1467

_____

Appeal from the United States District Court for the District of Massachusetts in No. 1:14-cv-10029-NMG, Judge Nathaniel M. Gorton.

_____

**ON MOTION**

_____

**O R D E R**

The parties submit a joint stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), which the court treats as a motion to withdraw the appeal.

Upon consideration thereof,

2    ZOLL MEDICAL CORPORATION v. PHILIPS ELECTRONICS NORTH

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: August 13, 2014